# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **Christopher Allen, Joshua Martin, and Jeff Spurgeon, Individually and on Behalf of All others Similarly Situated,** )<br>)<br>)<br>)<br>) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No.: 1:20-cv-01241 |
| ) | |
| **D &T Property Management, LLC and Floyd Ervin Dyess,** )<br>) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each side bearing its own attorneys' fees and costs.

Respectfully Submitted on September 7, 2021

    <u>s/Nicholas Conlon</u>
    Nicholas Conlon (PHV)
    BROWN, LLC
    111 Town Square Place, Suite 400
    Jersey City, NJ 07310
    Telephone: (877) 561-0000
    Facsimile: (855) 582-5297
    nicholasconlon@jtblawgroup.com

    *Lead Counsel for Plaintiffs*

    Justin G. Day
    MILBERG COLEMAN BRYSON
    PHILLIPS GROSSMAN, PLLC

First Tennessee Plaza 800 S. Gay Street
Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Fax: (865) 622-0049
jday@milberg.com

*Local Counsel for Plaintiffs*

**s/Charles H. Barnett, IV**
Lewis L. Cobb (TN #005369)
Charles H. Barnett, IV (TN#37107)
SPRAGINS, BARNETT & COBB, PLC
312 E. Lafayette, P.O. Box 2004
Jackson, Tennessee 38302
Telephone: 731.424.0461
Fax: 731.424.0562
lewiscobb@spraginslaw.com
chb4@spraginslaw.com

*Counsel for Defendants*