# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER ALLEN,** | **JUDGMENT IN A CIVIL CASE** |
|     Plaintiff, | |
| vs. | |
| **D & T PROPERTY MANAGEMENT, LLC, ET AL.,** | **CASE NO: 20-1241-STA-jay** |
|     Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **STIPULATION** of Dismissal entered on September 7, 2021, this cause is hereby DISMISSED with prejudice.

                                             **APPROVED:**

**s/ S. Thomas Anderson**
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 9/7/2021**

                                  THOMAS M. GOULD
                                  Clerk of Court

                                        s/Maurice B. BRYSON

                                  (By) Deputy Clerk